STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

LG 2 DOE

                Plaintiff,

vs.

GERALD JASINSKI

THE DIOCESE OF BUFFALO, N.Y.

BLESSED MOTHER TERESA
OF CALCUTTA PARISH, f/k/a
ST. JAMES ROMAN CATHOLIC CHURCH

                Defendants.

**ORDER**

Index No. 811230/2019

---

        Plaintiff, LG 2 DOE, having moved by Notice of Motion dated October 18, 2019, for an order, pursuant to CPLR § 3215, granting Plaintiff default judgment against Defendant GERALD JASINSKI, together with such other relief as this Court deems just and proper,

        **UPON** considering the following papers submitted by Plaintiff: (i) Notice of Motion for Default Judgment, dated October 18, 2019; (ii) Affirmation of Christina M. Croglio, Esq., dated October 18, 2019, with exhibits attached; (iii) Affidavit of LG 2 DOE, sworn to October 18, 2019, with exhibits attached; and no opposition to Plaintiff's Motion having been received; and this matter having come on to be heard for oral argument on the 18th day of November, 2019, with William P. Moore, Esq. and Christina M. Croglio of counsel to Lipsitz Green Scime Cambria LLP appearing for Plaintiff, Randall D. White, Esq. of counsel to Connors, LLP appearing for the Diocese of Buffalo, N.Y., and no appearance made by or on behalf of Gerald Jasinski, and after due deliberation having been had herein, and in accordance with the decision rendered at oral argument (a copy of the transcript is attached as **Exhibit A**) it is hereby,

**ORDERED** that Plaintiff's motion for default judgment against Defendant Gerald Jasinski is GRANTED.

**IT IS FURTHER ORDERED** that pursuant to CPLR 3215(d), the entry of judgment against the defaulting defendant is stayed until the conclusion of a trial against the remaining defendants or disposition of this matter with remaining defendants. At such time, an inquest on damages would then be conducted.

_____ 12/24/2020
DEBORAH A. CHIMES, J.S.C.

**ENTERED:**