SUPREME COURT OF THE STATE OF NEW YORK
EIGHTH JUDICIAL DISTRICT

In re   EIGHTH JUDICIAL DISTRICT
        CHILD VICTIMS ACT

This document applies to:
EIGHTH JUDICIAL DISTRICT
CHILD VICTIMS ACT LITIGATION
SURPEME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

LG 27 DOE,

                Plaintiff,

vs.

DONALD W. BECKER, THE DIOCESE OF
BUFFALO, N.Y., ST. JOHN XIII PARISH f/k/a
BONAVENTURE PARISH, NOTRE DAME
ACADEMY f/k/a ST. BONAVENTURE SCHOOL,

                Defendants.

**ORDER**

INDEX NO.: 813442/2019

Upon the agreement of counsel for Plaintiff and counsel for Defendants, The Diocese of Buffalo, N.Y., St. John XIII Parish f/k/a Bonaventure Parish and Notre Dame Academy f/k/a St. Bonaventure School, it is hereby

ORDERED that this action is scheduled for jury selection on September 30, 2021, and that the discovery and trial submission schedule, annexed hereto is hereby adopted. *as amended*

Dated: 2/26/2020

_____
Hon. Deborah A. Chimes, J.S.C.

## LG 27 DOE V. THE DIOCESE OF BUFFALO, N.Y., ET. AL., SCHEDULING ORDER FOR RELIGIOUS INSTITUTIONS AND CLERGY

1. Date by which defendants are to serve standard interrogatories and document requests. — Feb. 14, 2020

2. Date by which plaintiffs are to serve responses to defendants' standard interrogatories and documents requests and any objections to defendant's standard interrogatory and document requests. — May 15, 2020

3. Date by which plaintiffs to serve standard interrogatories and document requests; serve medical authorizations. — Feb. 14, 2020

4. Date by which defendants are to serve responses to plaintiffs' standard interrogatories and document requests and any objections to plaintiffs' interrogatory responses. — May 15, 2020

5. Date by which defendants are to serve supplemental interrogatories. — June 5, 2020

6. Date by which plaintiffs are to serve supplemental interrogatories. — June 5, 2020

7. Date by which defendants are to serve responses to plaintiffs' supplemental interrogatories. — July 6, 2020

8. Date by which plaintiffs are to serve responses to defendants' supplemental interrogatories. — July 6, 2020

9. Date for **Conference** regarding a referral to Alternative Dispute Resolution prior to depositions. — July 27, 2020

10. Date by which plaintiffs are to provide all medical materials relative to damages to defendants. It is plaintiffs' duty to locate and obtain possession of all medical materials relative to damages and to provide them to the defendants. — May 15, 2020

11. The date of injured plaintiff's deposition. In all actions, the rights of defendants and third-party defendants to depose plaintiff spouses, personal representatives and distributees of decedents at any time prior to jury selection is reserved. — Sept. 7-11, 2020

12. The date of commencement of depositions of defendants, third-party defendants and non-parties. — Sept. 14-18, 2020

| | | |
|---|---|---|
| 13. | **Pretrial conference**. | April 13, 2020 |
| 14. | Date by which defendants are to commence third-party actions, if any. | March 2, 2020 |
| 15. | Date by which plaintiffs are to serve expert information. | July 13, 2021 |
| 16. | Date by which defendants are to serve expert information. | Aug. 13, 2021 |
| 17. | Date by which plaintiff is to submit letter request to the Court for leave to serve supplemental expert information. | Sept. 3, 2021 |
| 17. | **Pretrial conference**. | April 26, 2021  2/22/2021 |
| 18. | Date **Conference** regarding a referral to Alternative Dispute Resolution prior to trial. | Feb. 22, 2021 |
| 19. | Date by which plaintiffs and defendants are to serve all motions for summary judgement. | April 23, 2021 |
| 20. | The date by which plaintiffs are to serve and file notes of issue and statements of readiness and to serve on each defendant a settlement demand. | Feb. 15, 2021 |
| 21. | **Pretrial conference** and argument of motions for summary judgement. | June 14, 2021 |
| 22. | Date by which plaintiffs and defendants are to serve trial witness and exhibit lists and by which both plaintiffs and defendants are to serve all motions in limine. | Aug. 30, 2021 |
| 23. | Date by which plaintiffs and defendants are to serve deposition designations for trial. | Aug. 30. 2021 |
| 24. | Date by which plaintiffs and defendants are to serve counter designations for trial. | Sept. 6, 2021 |
| 25. | Date on which motions in limine will be argued and a **final pretrial conference** will be conducted. Ordinarily, the motions in limine will be argued two weeks prior to jury selection. | Sept. 13, 2021 |
| 26. | The jury selection date. | Sept. 30, 2021 |