SUPREME COURT OF THE STATE OF NEW YORK
EIGHTH JUDICIAL DISTRICT

In re   EIGHTH JUDICIAL DISTRICT
         CHILD VICTIMS ACT

This document applies to:
EIGHTH JUDICIAL DISTRICT
CHILD VICTIMS ACT LITIGATION
SURPEME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

LG 28 DOE,

             Plaintiff,

vs.

NORBERT F. ORSOLITS,
THE DIOCESE OF BUFFALO, N.Y., and
ST. JOHN GUALBERT CHURCH
AND DIOCESAN SHRINE,
             Defendants.

**ORDER**

Index No. 813916/2019

Upon the Preliminary Conference held herein on February 10, 2020 and upon the submission of counsel for Plaintiff, it is hereby

ORDERED that this action is scheduled for jury selection on October 7, 2021, and that the discovery and trial submission schedule, annexed hereto is hereby adopted.

Dated: February 25, 2020

_____
Hon. Deborah A. Chimes, J.S.C.

<u>LG 28 DOE V. THE DIOCESE OF BUFFALO, N.Y., ET. AL.,
SCHEDULING ORDER FOR
RELIGIOUS INSTITUTIONS AND CLERGY</u>

1. Date by which defendants are to serve standard interrogatories
   and document requests.                                                    Feb. 28, 2020

2. Date by which plaintiffs are to serve responses to defendants'
   standard interrogatories and documents requests and any objections
   to defendant's standard interrogatory and document requests.              May 15, 2020

3. Date by which plaintiffs to serve standard interrogatories and
   document requests; serve medical authorizations.                          Feb. 28, 2020

4. Date by which defendants are to serve responses to plaintiffs' standard
   interrogatories and document requests and any objections to plaintiffs'
   interrogatory responses.                                                  May 15, 2020

5. Date by which defendants are to serve supplemental interrogatories.       June 5, 2020

6. Date by which plaintiffs are to serve supplemental interrogatories.       June 5, 2020

7. Date by which defendants are to serve responses to plaintiffs'
   supplemental interrogatories.                                             July 6, 2020

8. Date by which plaintiffs are to serve responses to defendants'
   supplemental interrogatories.                                             July 6, 2020

9. Date for **Conference** regarding a referral to Alternative Dispute
   Resolution prior to depositions.                                          July 27, 2020

10. Date by which plaintiffs are to provide all medical materials relative
    to damages to defendants. It is plaintiffs' duty to locate and obtain
    possession of all medical materials relative to damages and to
    provide them to the defendants.                                          May 15, 2020

11. The date of injured plaintiff's deposition. In all actions, the rights
    of defendants and third-party defendants to depose plaintiff spouses,
    personal representatives and distributees of decedents at any time prior
    to jury selection is reserved.                                           Oct. 5-9, 2020

12. The date of commencement of depositions of defendants, third-party
    defendants and non-parties.                                              Oct. 12-16, 2020

| | | |
|---|---|---|
| 13. | **Pretrial conference**. | Oct. 26, 2020 |
| 14. | Date by which defendants are to commence third-party actions, if any. | Mar. 2, 2020 |
| 15. | Date by which plaintiffs are to serve expert information. | Aug. 2, 2021 |
| 16. | Date by which defendants are to serve expert information. | Sept. 2, 2021 |
| 17. | Date by which plaintiff is to submit letter request to the Court for leave to serve supplemental expert information. | Sept. 23, 2021 |
| 18. | **Pretrial conference**. | Apr. 26, 2021 |
| 19. | Date **Conference** regarding a referral to Alternative Dispute Resolution prior to trial. | Feb. 22, 2021 |
| 20. | Date by which plaintiffs and defendants are to serve all motions for summary judgement. | June 4, 2021 |
| 21. | The date by which plaintiffs are to serve and file notes of issue and statements of readiness and to serve on each defendant a settlement demand. | Feb. 15, 2021 |
| 22. | **Pretrial conference** and argument of motions for summary judgement. | July 12, 2021 |
| 23. | Date by which plaintiffs and defendants are to serve trial witness and exhibit lists and by which both plaintiffs and defendants are to serve all motions in limine. | Sept. 3, 2021 |
| 24. | Date by which plaintiffs and defendants are to serve deposition designations for trial. | Sept. 3, 2021 |
| 25. | Date by which plaintiffs and defendants are to serve counter designations for trial. | Sept. 24, 2021 |
| 26. | Date on which motions in limine will be argued and a **final pretrial conference** will be conducted. Ordinarily, the motions in limine will be argued two weeks prior to jury selection. | Sept. 27, 2021 |
| 27. | The jury selection date. | Oct. 7, 2021 |