UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| The Diocese of Buffalo, N.Y. | Case No. 1:20-10322 (CLB) |
| Debtor. | |
| The Diocese of Buffalo, N.Y. | |
| Plaintiff, | |
| v. | Adversary No. 20-01016 |
| JMH 100 Does, *et al.* | |
| Defendants. | |

**JOINDER OF CERTAIN ABUSE SURVIVORS REPRESENTED BY HOGANWILLIG, PLLC TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' OPPOSITION TO DEBTOR'S MOTION FOR AN ENTRY OF AN ORDER PURSUANT TO SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE ENJOINING THE PROSECUTION OF CERTAIN LAWSUITS AGAINST NONDEBTORS**

Certain abuse survivors represented by HoganWillig, PLLC[1] ("HW Clients"), hereby join in the arguments set forth in the Official Committee of Unsecured Creditors' Opposition to Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Enjoining the Continued Prosecution of Certain Lawsuits [Adv. D.I. 13] (the "Committee Objection") in response to the Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362 Enjoining the Continued Prosecution of Certain Lawsuits [Adv. D.I. 4] (the "Injunction Motion"), and expressly reserves all rights in the same manner and for the same reasons set forth

---

[1] The clients represented by HoganWillig, PLLC are more fully enumerated in the privileged and confidential lists submitted by the Diocese of Buffalo as **Exhibit A** to their Verified Complaint.

{H2630526.1}  1

HOGANWILLIG
Attorneys at Law
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

Case 1-20-01016-CLB, Doc 37, Filed 06/03/20, Entered 06/03/20 16:08:19,
Description: Main Document , Page 1 of 2

in the Committee Objection, including, but not limited to, its rights to appear and be heard on any issue in the Injunction Motion and Committee Objection. The Committee Objection is expressly incorporated herein by reference for all purposes.

WHEREFORE, for the reasons set forth in the Committee Objection, the HW Clients respectfully request that the Court enter an Order denying the Injunction Motion and granting such other and further relief as is just and proper.

DATED:   Amherst, New York
         June 3, 2020

>                           s/Steven M. Cohen, Esq.
>                           Steven M. Cohen, Esq.
>                           William A. Lorenz, Jr., Esq.
>                           HOGANWILLIG, PLLC
>                           *Attorneys for HW Clients*
>                           2410 North Forest Road, Suite 301
>                           Amherst, New York 14068
>                           (716) 636-7600
>                           wlorenz@hoganwillig.com

{H2630526.1}                                                            2

**HOGANWILLIG**
**Attorneys at Law**
2410 NORTH FOREST ROAD | SUITE 301 | AMHERST, NEW YORK 14068
Phone: 716.636.7600 | Toll Free: 800.636.5255 | Fax: 716.636.7606 | www.hoganwillig.com

Case 1-20-01016-CLB, Doc 37, Filed 06/03/20, Entered 06/03/20 16:08:19, Description: Main Document , Page 2 of 2