UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

The Diocese of Buffalo, N.Y.,

    Plaintiff,

v.

JMH 100 Doe, *et al*.[1]

    Defendants.

Adversary No. 20-01016

## CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto.

On July 11, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on thirteen (13) confidential parties not listed herein:

- **Second Order Granting Leave to Amend Complaint** (Docket No. 237)

Furthermore, on July 11, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on CVA Claimants c/o Lipsitz, Green Scime Cambria LLP Attn: Amy C. Keller, Sandra E. Fischer and Christina M. Croglio at 42 Delaware Avenue, Buffalo, NY 14202, and on thirteen (13) confidential parties not listed herein:

- **Order Enjoining Prosecution of Certain Lawsuits Against Additional Stay Parties** (Docket No. 238)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The defendants in this adversary proceeding are identified in Exhibit A to the complaint filed by The Diocese of Buffalo, N.Y.

Furthermore, on July 11, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **Supplemental Order Staying Prosecution of Certain Lawsuits Against Additional Stay Parties** (Docket No. 239)

| | |
|---|---|
| Dated: July 12, 2022 | */s/ Gregory A. Lesage* <br> Gregory A. Lesage <br> STRETTO <br> 410 Exchange, Suite 100 <br> Irvine, CA 92602 <br> (855) 347-3773 <br> Gregory.Lesage@Stretto.com |

# **Exhibit A**



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 |
| ARCHBISHOP WALSH FOUNDATION AND ARCHBISHOP WALSH HIGH SCHOOL | C/O MORGAN & ASSOCIATES, PLLC | ATTN: MICHAEL A. MORGAN | 201 NORTH UNION STREET, SUITE 410 | | OLEAN | NY | 14760 |
| BANK OF AMERICA | ATTN: MICHAEL LARRY | 10 FOUNTAIN PLAZA | 9TH FLOOR | | BUFFALO | NY | 14202 |
| CATHOLIC CHARITIES OF BUFFALO, N.Y. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| CATHOLIC MUTUAL GROUP | C/O GROSS SHUMAN PC | ATTN: ROBERT J. FELDMAN & KEVIN R. LELONEK | 465 MAIN STREET | SUITE 600 | BUFFALO | NY | 14203 |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | ATTN: JIN YAN, DAVID M. SPECTOR, JOSEPH MARK FISHER, EVERETT CYGAL & DANIEL SCHUFREIDER | 233 S. WACKER DRIVE | SUITE 7100 | CHICAGO | IL | 60606 |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | ATTN: STEVE WILAMOWSKY | 1185 AVENUE OF THE AMERICAS | SUITE 3000 | NEW YORK | NY | 10036 |
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA, AS SUCCESSOR TO INDEMNITY INSURANCE COMPANY OF NORTH AMERICA; FEDERAL INSURANCE COMPANY; AND ACE PROPERTY & CASUALTY INSURANCE COMPANY, AS SUCCESSOR TO AETNA INSURANCE COMPANY | C/O CLYDE & CO US LLP | ATTN: MARIANNE MAY | 340 MOUNT KEMBLE AVE | # 300 | MORRISTOWN | NJ | 07960-6656 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, PA | ATTN: STACEY BENSON & JEFFREY R. ANDERSON | 366 JACKSON STREET, SUITE 100 | | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 11 BROADWAY, SUITE 615 | | NEW YORK | NY | 10004 |
| CITIZENS BANK | ONE CITIZENS PLAZA | | | | PROVIDENCE | RI | 02903 |
| CONTINENTAL INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | C/O BARCLAY DAMON, LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| CVA CLAIMANTS | ATTN: JOHN J. FLAHERTY | 5500 MAIN STREET, SUITE 100 | | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O ANDREWS, BERNSTEIN, MARANTO, NICOTRA, PLLC | ATTN: ROBERT J. MARANTO, JR. | 420 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O BETTI & ASSOCIATES | ATTN: MICHELE M. BETTI | 30 WALL STREET, 8TH FLOOR | | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O BOUVIER LAW LLP | ATTN: MICHAEL P. CAFFERY AND MARILYN MCCORMICK | MAIN PLACE TOWER | 350 MAIN STREET, SUITE 1800 | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O CAMPBELL & ASSOCIATES | ATTN: JASON M. TELAAK | 69 DELAWARE AVENUE, SUITE 1010 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O FANIZZI & BARR, P.C. | ATTN: PAUL K. BARR | 7311 NIAGARA FALLS BLVD | # A | NIAGARA FALLS | NY | 14304-1717 |
| CVA CLAIMANTS | C/O FINUCANE AND HARTZELL, LLP | ATTN: THOMS C. HARTZELL, JR. | 6 NORTH MAIN STREET | | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O FRANCIS LETRO LAW | ATTN: FRANCIS M. LETRO | THE DUN BUILDING, 10TH FLOOR | 110 PEARL STREET | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O FREDERICK LAW OFFICE | ATTN: SARAH A. FREDERICK | 4467 S. BUFFALO STREET | | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 WEST 33RD STREET, PENTHOUSE | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O HERMAN LAW FIRM, P.A. | ATTN: STUART MERMELSTEIN | 1800 N MILITARY TRL | STE 160 | BOCA RATON | FL | 33431-6386 |
| CVA CLAIMANTS | C/O HOGANWILLIG, PLLC | ATTN: ARIEL BAUERLE AND WILLIAM A. LORENZ, JR. | 2410 NORTH FOREST ROAD, SUITE 301 | | AMHERST | NY | 14068 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ELANA B. GOODMAN & ADAM D. HOROWITZ | 110 EAST BROWARD BOULEVARD | SUITE 1530 | FORT LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: CRAIG K. VERNON | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83815 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 19 WEST 44TH STREET | SUITE 1500 | NEW YORK | NY | 10036 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 4 RESERVOIR CIRCLE | SUITE 200 | BALTIMORE | MD | 21208 |
| CVA CLAIMANTS | C/O JASON C. LUNA, PLLC | ATTN: JASON C. LUNA | 4535 SOUTHWESTERN BOULEVARD | SUITE 804B | HAMBURG | NY | 14075 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & J. MICHAEL RECK | 55 W 39TH ST RM 1101 | | NEW YORK | NY | 10018-3811 |
| CVA CLAIMANTS | C/O LAURA A. AHEARN, ESQ., PLLC | ATTN: LAURA A. AHEARN | 3075 VETERANS MEMORIAL HIGHWAY | SUITE 200 | RONKONKOMA | NY | 11779 |
| CVA CLAIMANTS | C/O LAW OFFICE OF FRANK M. BOGULSKI | ATTN: FRANK M. BOGULSKI | 135 DELAWARE AVE | STE 2 | BUFFALO | NY | 14202-2415 |
| CVA CLAIMANTS | C/O LAW OFFICE OF KEVIN T. STOCKER, ESQ, P.C. | ATTN: KEVIN T. STOCKER | 2645 SHERIDAN DRIVE | | TONAWANDA | NY | 14150 |
| CVA CLAIMANTS | C/O LAW OFFICES OF ERIC B. GROSSMAN | ATTN: ERIC B. GROSSMAN | 5610 E PASEO DE TAMPICO | | TUCSON | AZ | 85750-1036 |
| CVA CLAIMANTS | C/O LAW OFFICES OF J. MICHAEL HAYES | ATTN: J. MICHAEL HAYES | 69 DELAWARE AVENUE, SUITE 1111 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | ATTN: MICHAEL G. DOWD | 1981 MARCUS AVE | STE 200 | NEW HYDE PARK | NY | 11042-1055 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET, 6TH FLOOR | | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LAW OFFICES OF STEVEN BOYD AND JOHN ELMORE | ATTN: STEPHEN BOYD AND LEAH A. COSTANZO | 2969 MAIN ST | # 100 | BUFFALO | NY | 14214-1003 |
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: RICHARD P. WEISBECK, JR. AND WILLIAM P. MOORE | 42 DELAWARE AVENUE, SUITE 120 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LIPSITZ, GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER, SANDRA E. FISCHER AND CHRISTINA M. CROGLIO | 42 DELAWARE AVENUE | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LYNN LAW FIRM, LLP | ATTN: MARTIN A. LYNN | 333 W WASHINGTON ST | STE 100 | SYRACUSE | NY | 13202-9200 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 151 EAST POST ROAD, SUITE 102 | | WHITE PLAINS | NY | 10601 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 31 HUDSON YARDS, 11TH FLOOR | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON | 950 THIRD AVENUE | 18TH FLOOR | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O MEYERS BUTH LAW GROUP PLLC | ATTN: PATRICK J. MALONEY | 21 PRINCETON PLACE | SUITE 105 | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 1600 UTICA AVENUE SOUTH, 9TH FLOOR | | ST. LOUIS PARK | MN | 55416 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 59 MAIDEN LANE, 6TH FLOOR | | NEW YORK | NY | 10038 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 6 HARBOR PARK DRIVE | | PORT WASHINGTON | NY | 11050 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | 403 COLUMBIA STREET, SUITE 500 | | SEATTLE | WA | 98104 |
| CVA CLAIMANTS | C/O PHILLIPS & PAOLICELLI, LLP | ATTN: DIANE M. PAOLICELLI | 747 3RD AVENUE, 6TH FLOOR | | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O SCHRODER, JOSEPH & ASSOCIATES, LLP | ATTN: LINDA H. JOSEPH | 394 FRANKLIN ST | STE 2 | BUFFALO | NY | 14202-1509 |
| CVA CLAIMANTS | C/O SEEGER WEISS LLP | ATTN: STEPHEN A. WEISS | 100 CHURCH ST | #835 | NEW YORK | NY | 10007-2601 |
| CVA CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR. | 112 MADISON AVENUE, 7TH FLOOR | | NEW YORK | NY | 10016 |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 488 MADISON AVENUE, 20TH FLOOR | | | NEW YORK | NY | 10022 |
| CVA CLAIMANTS | C/O STEVEN FOX, P.C. | ATTN: STEVEN S. FOX | 122 DEERHURST PARK BOULEVARD | | BUFFALO | NY | 14217 |
| CVA CLAIMANTS | C/O THE ABBATOY LAW FIRM, PLLC | ATTN: DAVID M. ABBATOY | 45 EXCHANGE BOULEVARD, SUITE 925 | | ROCHESTER | NY | 14614 |
| CVA CLAIMANTS | C/O THE DIETRICH LAW FIRM | ATTN: NICHOLAS J. SHEMIK AND JOSEPH E. DIETRICH III | 101 JOHN JAMES AUDUBON PKWY | | BUFFALO | NY | 14228-1111 |
| CVA CLAIMANTS | C/O THE HIGGINS KANE LAW GROUP, P.C. | ATTN: TERRENCE P. HIGGINS | 69 DELAWARE AVENUE, SUITE 100 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O VANDETTE PENBERTHY LLP | ATTN: JAMES M. VANDETTE | 227 NIAGARA STREET | | BUFFALO | NY | 14201 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: SAMANTHA A. BREAKSTONE | 700 BROADWAY | | NEW YORK | NY | 10003 |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN) AND WAUSAU UNDERWRITERS INSURANCE COMPANY | C/O GOLDBERG SEGALLA LLP | ATTN: JEFFREY L. KINGSLEY & JONATHAN SCHAPP | 665 MAIN STREET | | BUFFALO | NY | 14203 |
| ERIE COUNTY REAL PROPERTY TAX SERVICES | 95 FRANKLIN STREET | ROOM 100 | | | BUFFALO | NY | 14202 |
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O CHOATE, HALL & STEWART LLP | ATTN: DOUGLAS R. GOODING & JONATHAN D. MARSHALL | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110 |
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: DOMINIC J. PICCA | THE CHRYSLER CENTER | 666 THIRD AVENUE, 25TH FLOOR | NEW YORK | NY | 10017 |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: NANCY D. ADAMS, LAURA BANGE STEPHENS & GRADY R. CAMPION | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 |
| FIVE STAR BANK | ATTN: FRAN HORNUNG | 40 FOUNTAIN PLAZA #50 | | | BUFFALO | NY | 14202 |
| FRANCISCAN FRIARS - OUR LADY OF ANGELS PROVINCE, INC. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| HSBC BANK | ATTN: JOSEPH BURDEN | 95 WASHINGTON ST | | | BUFFALO | NY | 14203 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| JUDITH WILCOX HALSEY AND DIANA L. O'HARA | C/O PRYOR CASHMAN LLP | ATTN: CONRAD K. CHIU | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 |
| KEYBANK | ATTN: ALEXANDRA WEHR | 250 DELAWARE AVE | | | BUFFALO | NY | 14202 |
| LAKE SHORE SAVINGS | 31 EAST FOURTH STREET | | | | DUNKIRK | NY | 14048 |
| M&T BANK | ATTN: ESKINDER TEFERA, SPECIAL ASSETS | ONE FOUNTAIN PLAZA, 9TH FLOOR | | | BUFFALO | NY | 14003 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET, SUITE 100 | | BUFFALO | NY | 14202 |
| M&T BANK | ONE M&T PLAZA | | | | BUFFALO | NY | 14203 |
| MADONNA BISHOP, ET AL. | C/O CHIACCHIA & FLEMING, LLP | ATTN: DANIEL J. CHIACCHIA | 5113 SOUTH PARK AVENUE | | HAMBURG | NY | 14075 |
| MANUFACTURERS AND TRADERS TRUST CO | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET, SUITE 100 | | BUFFALO | NY | 14202 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | 1 M&T PLAZA | | | | BUFFALO | NY | 14203 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS | BUILDING #12 | ROOM 256 | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR – BUS. SERVICES | ATTN: DEBORAH ARBUTINA | 290 MAIN STREET | | | BUFFALO | NY | 14202 |
| NEW YORK STATE OFFICE OF PARKS, RECREATION AND HISTORIC PRESERVATION | C/O OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | ATTN: LOUIS J. TESTA | THE CAPITOL | ALBANY | NY | 12224-0341 |
| NGM INSURANCE COMPANY | C/O GERBER CIANO KELLY BRADY LLP | ATTN: DANIEL W. GERBER & JOHN R. EWELL | 599 DELAWARE AVENUE, SUITE 100 | | BUFFALO | NY | 14202 |
| NORTHWEST BANK | 100 LIBERTY STREET | | | | WARREN | PA | 16365 |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | | ALBANY | NY | 12233-0001 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER, SUITE 300A | 350 MAIN STREET | | | BUFFALO | NY | 14202 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OBLATES OF ST. FRANCIS DESALES | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU, BANKRUPTCY UNIT | THE CAPITOL | | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET | SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 780 THIRD AVENUE | 34TH FLOOR | NEW YORK | NY | 10017 |
| OUR LADY OF VICTORY INSTITUTIONS, INC. | C/O MACKENZIE HUGHES LLP | ATTN: NEIL J. SMITH | 440 S. WARREN STREET, SUITE 400 | | SYRACUSE | NY | 13202 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON, CHTD. | ATTN: BRUCE A. ANDERSON | 320 EAST NEIDER AVENUE, SUITE 102 | | COEUR D'ALENE | ID | 83815 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON, CHTD. | ATTN: J. FORD ELSAESSER | PO BOX 1049 | 414 CHURCH STREET, SUITE 201 | SANDPOINT | ID | 83864 |
| PARISH STEERING COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH AND LOMB PL | | ROCHESTER | NY | 14604 |
| PEOPLE OF THE STATE OF NEW YORK | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | ALBANY | NY | 12224-0341 |
| PSAS 01 DOE, PSAS 02 DOE & PSAS 03 DOE | C/O PUSATIER, SHERMAN, ABBOTT & SUGARMAN, LLP | ATTN: STEPHEN F. PUSATIER | 2464 ELMWOOD AVENUE | | KENMORE | NY | 14217 |
| RICHARD LAPORTA & HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | C/O LOTEMPIO P.C. LAW GROUP | ATTN: HEATHER M. BAUMEISTER | 181 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O COUGHLIN MIDLIGE & GARLAND LLP | ATTN: WILLIAM T. CORBETT, JR. & LAURA A. BRADY | 350 MOUNT KEMBLE AVENUE | PO BOX 1917 | MORRISTOWN | NJ | 07962 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O GIBBONS P.C. | ATTN: BRETT S. THEISEN | ONE PENNSYLVANIA PLAZA, 37TH FL | | NEW YORK | NY | 10119-3701 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O GIBBONS P.C. | ATTN: ROBERT K. MALONE AND BRETT S. THEISEN | ONE GATEWAY CENTER | | NEWARK | NJ | 07102 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O KENNEY SHELTON LIPTAK NOWAK LLP | ATTN: DIRK C. HAARHOFF | 110 WALL STREET | SUITE 04-061 | NEW YORK | NY | 10005 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O KENNEY SHELTON LIPTAK NOWAK LLP | ATTN: JUDITH TREGER SHELTON & DIRK C. HAARHOFF | THE CALUMET BUILDING | 233 FRANKLIN STREET | BUFFALO | NY | 14202 |
| ST. FRANCIS HIGH SCHOOL OF ATHOL SPRINGS, N.Y. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| SWEET HOME FCU | 1960 SWEET HOME ROAD | | | | AMHERST | NY | 14228 |
| THE BOYS AND GIRLS CLUB OF JAMESTOWN | 62 ALLEN STREET | | | | JAMESTOWN | NY | 14701 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| THE DIOCESE OF BUFFALO, N.Y. | ATTN: CHARLES MENDOLERA, EXECUTIVE DIRECTOR OF FINANCIAL ADMINISTRATION | 795 MAIN STREET | | | BUFFALO | NY | 14203 |
| THE EUDISTS - CONGREGATION OF JESUS AND MARY, INC. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP | C/O HURWITZ & FINE, PC | ATTN: JENNIFER A. EHMAN | 1300 LIBERTY BUILDING | | BUFFALO | NY | 14202 |
| TIG INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, AND US FIRE INSURANCE COMPANY | C/O KENNEDYS CMK LLP | ATTN: MARGARET CATALANO & JILLIAN DENNEHY | 120 MOUNTAIN VIEW BOULEVARD | | BASKING RIDGE | NJ | 07920 |
| U.S. ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 138 DELAWARE AVENUE | | | BUFFALO | NY | 14202 |
| USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS | C/O HARRIS BEACH PLLC | ATTN: LEE E. WOODARD | 333 WEST WASHINGTON STREET | SUITE 200 | SYRACUSE | NY | 13202 |
| UTICA MUTUAL INSURANCE COMPANY, HANOVER INSURANCE COMPANY, AND SENTRY INSURANCE COMPANY AS SUCCESSOR TO MIDDLESEX MUTUAL INSURANCE COMPANY | C/O RIVKIN RADLER LLP | ATTN: M. PAUL GORFINKEL & STUART I. GORDON | 926 RXR PLAZA | | UNIONDALE | NY | 11556-0926 |
| WEBSTER SZANYI LLP | ATTN: HEATHER L. DECHERT | 657 PERSONS STREET | | | EAST AURORA | NY | 14052 |

# Exhibit B



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| MADONNA BISHOP, ET AL. | C/O CHIACCHIA & FLEMING, LLP | ATTN: DANIEL J. CHIACCHIA | 5113 SOUTH PARK AVENUE | HAMBURG | NY | 14075 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | BUFFALO | NY | 14202 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ILAN SCHARF, JAMES STANG, PETER KEANE, KEN BROWN, BRITTANY MICHAEL, IAIN NASATIR, JOHN FIERO, AND STEVEN GOLDEN | 919 N. MARKET STREET 17TH FLOOR | WILMINGTON | DE | 19801 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 780 THIRD AVENUE 34TH FLOOR | NEW YORK | NY | 10017 |
| RICHARD LAPORTA & HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | C/O LOTEMPIO P.C. LAW GROUP | ATTN: HEATHER M. BAUMEISTER | 181 FRANKLIN STREET | BUFFALO | NY | 14202 |
| THE BOYS AND GIRLS CLUB OF JAMESTOWN | 62 ALLEN STREET | | | JAMESTOWN | NY | 14701 |
| WEBSTER SZANYI LLP | ATTN: HEATHER L. DECHERT | 657 PERSONS STREET | | EAST AURORA | NY | 14052 |