UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>                Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |
| The Diocese of Buffalo, N.Y.,<br><br>                Plaintiff,<br><br>v.<br><br>JMH 100 Doe, *et al*.[1]<br><br>                Defendants. | Adversary No. 20-01016 |

## CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto.

On July 12, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on thirteen (13) confidential parties not included herein:

- **Notice of Second Motion to Extend Preliminary Injunction Staying the Prosecution of Certain Lawsuits** (Docket No. 247)

Dated: July 13, 2022

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 347-3773
Gregory.Lesage@Stretto.com

---

[1] The defendants in this adversary proceeding are identified in Exhibit A to the complaint filed by The Diocese of Buffalo, N.Y.

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: RICHARD P. WEISBECK, JR. AND WILLIAM P. MOORE | 42 DELAWARE AVENUE, SUITE 120 | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LIPSITZ, GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER & BARRY N. COVERT | 42 DELAWARE AVENUE | BUFFALO | NY | 14202 |
| MADONNA BISHOP, ET AL. | C/O CHIACCHIA & FLEMING, LLP | ATTN: DANIEL J. CHIACCHIA | 5113 SOUTH PARK AVENUE | HAMBURG | NY | 14075 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | BUFFALO | NY | 14202 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE WESTERN DISTRICT OF NEW YORK | ATTN: KATHLEEN D. SCHMITT | 100 STATE STREET | ROOM 6090 | ROCHESTER | NY | 14614 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ILAN SCHARF, JAMES STANG, PETER KEANE, KEN BROWN, BRITTANY MICHAEL, IAIN NASATIR, JOHN FIERO, AND STEVEN GOLDEN | 919 N. MARKET STREET 17TH FLOOR | WILMINGTON | DE | 19801 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 780 THIRD AVENUE 34TH FLOOR | NEW YORK | NY | 10017 |
| RICHARD LAPORTA & HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | C/O LOTEMPIO P.C. LAW GROUP | ATTN: HEATHER M. BAUMEISTER | 181 FRANKLIN STREET | BUFFALO | NY | 14202 |