UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

    Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

The Diocese of Buffalo, N.Y.,

    Plaintiff,

v.

JMH 100 Doe, *et al.*[1]

    Defendants.

Adversary No. 20-01016

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto.

On August 2, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on CVA Claimants, c/o Francis Letro Law, Attn: Francis M. Letro At 237 Main St, Ste 302, Buffalo, NY 14203-2725, pursuant to USPS forwarding instructions:

- **Second Order Granting Leave to Amend Complaint** (Docket No. 237)

Dated: August 5, 2022

*/s/ Monica Arellano*
Monica Arellano
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(800) 634-7734
Monica.Arellano@Stretto.com

---

[1] The defendants in this adversary proceeding are identified in Exhibit A to the Complaint filed by The Diocese of Buffalo, N.Y.