United States Bankruptcy Court

Western District of New York

The Diocese of Buffalo, N.Y.,
    Plaintiff                                            Adv. Proc. No. 20-01016-CLB

100 Doe, et al,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0209-1                        User: admin                        Page 1 of 3
Date Rcvd: Aug 11, 2022              Form ID: ntcentry              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.bu.ecf@usdoj.gov | Aug 11 2022 18:23:00 | Office of the U.S. Trustee, 300 Pearl Street, Suite 401, Olympic Towers, Buffalo, NY 14202-2523 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2022                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Keller | on behalf of Interested Party Don E. Whelan akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Defendant JMH 100 Doe et al akeller@lglaw.com, sfischer@lglaw.com |
| Amy Keller | on behalf of Interested Party LG 65 Doe akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | on behalf of Interested Party LG 69 DOE akeller@lglaw.com sfischer@lglaw.com |
| Amy Keller | |

Amy Keller
    on behalf of Interested Party LG 74 DOE akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Interested Party Wyatt Schoenle akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Interested Party Dorian Reeves akeller@lglaw.com sfischer@lglaw.com

Amy Keller
    on behalf of Interested Party LG 77 DOE akeller@lglaw.com sfischer@lglaw.com

Angela Z. Miller
    on behalf of Interested Party Catholic Health System Inc. amiller@phillipslytle.com, agioeli@phillipslytle.com

Antigone Curis
    on behalf of Creditor Abuse Survivors acuris7@gmail.com

Brian Jacob Butler
    on behalf of Plaintiff The Diocese of Buffalo N.Y. butlerb@bsk.com, cduger@bsk.com;kdoner@bsk.com

Charles J. Sullivan
    on behalf of Plaintiff The Diocese of Buffalo N.Y. csullivan@bsk.com, kdoner@bsk.com;csullivan@bsk.com;jhunold@bsk.com

Daniel J. Chiacchia
    on behalf of Creditor Madonna Bishop et al. dan@cf-legal.com

Daniel J. Chiacchia
    on behalf of Notice of Appearance Creditor Madonna Bishop et al dan@cf-legal.com

Garry M. Graber
    on behalf of Respondent Foundation of the Roman Catholic Diocese of Buffalo New York ggraber@hodgsonruss.com, mheftka@hodgsonruss.com;cnapiers@hodgsonruss.com

Grayson T. Walter
    on behalf of Plaintiff The Diocese of Buffalo N.Y. gwalter@bsk.com, kdoner@bsk.com;cmoran@bsk.com

Heather M. Baumeister
    on behalf of Notice of Appearance Creditor Hunter Cogi Wolfe hbaumeister@lotempiopc.com

Heather M. Baumeister
    on behalf of Notice of Appearance Creditor Richard LaPorta hbaumeister@lotempiopc.com

Ilan D Scharf
    on behalf of Interested Party The Official Committee of Unsecured Creditors ischarf@pszjlaw.com lcanty@pszjlaw.com;nrobinson@pszjlaw.com;bdassa@pszjlaw.com

J. Michael Hayes
    on behalf of Defendant JMH 100 Doe et al jmh@jmichaelhayes.com

James R Marsh
    on behalf of Interested Party MLF Doe jamesmarsh@marsh.law

Jeffrey F. Reina
    on behalf of Defendant JMH 100 Doe et al jreina@lglaw.com, pjohnson@lglaw.com

Jeffrey Robert Anderson
    on behalf of Interested Party Certain Abuse Survivors jeff@andersonadvocates.com therese@andersonadvocates.com;erin@andersonadvocates.com;stacey@andersonadvocates.com

John J. Flaherty
    on behalf of Defendant JMH 100 Doe et al flarelaw@gmail.com, joanneaschultz@aol.com

Kevin T. Stocker
    on behalf of Respondent KS-Doe-1 et al kstockeresq@yahoo.com

Linda H. Joseph
    on behalf of Interested Party Michael Harrington ljoseph@sjalegal.com cbinkowski@sjalegal.com

Mitchell Garabedian
    on behalf of Interested Party Richard Brownell mgarabedian@garabedianlaw.com

Rick Weisbeck, Jr
    on behalf of Defendant JMH 100 Doe et al rweisbeck@lglaw.com

SCOTT BOGUCKI
    on behalf of Interested Party The Official Committee of Unsecured Creditors sbogucki@gmwlawyers.com boguckisr48948@notify.bestcase.com;bclark@gmwlawyers.com;lsachdev@gmwlawyers.com

Stephen A. Donato
    on behalf of Plaintiff The Diocese of Buffalo N.Y. sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com

Steven M. Cohen
    on behalf of Interested Party HW 1 Doe et al scohen@hoganwillig.com, ssweeney@hoganwillig.com

Trevor Prince, Jr　　　　　　　on behalf of Interested Party Sisters of Good Shepherd and the Roman Catholic Religious Institute of the Religious of the Good Shepherd tprince@archerlaw.com

TOTAL: 32

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> The Diocese of Buffalo, N.Y. <br><br> Debtor(s) | Case No.: 1−20−10322−CLB <br> Chapter: 11 |
| The Diocese of Buffalo, N.Y. <br> Plaintiff(s) <br><br> v. <br><br> JMH 100 Doe, et al <br> Defendant(s) | A.P. No.: 1−20−01016−CLB |

## NOTICE OF ENTRY

**PLEASE TAKE NOTICE** of the entry of the Order referenced below, duly entered in the within action in the Clerk's Office of the United States Bankruptcy Court, Western District of New York on **August 11, 2022**. The Clerk of Court of the United States Bankruptcy Court, Western District of New York, hereby certifies that a copy of the subject Order was sent to all parties in interest herein as required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Docket #261: Decision and Order. Signed on 8/11/2022 (RE: related document(s)247 Generic Motion filed by Plaintiff The Diocese of Buffalo, N.Y.). NOTICE OF ENTRY. (LaBelle, L.)

| | |
|---|---|
| Date: August 11, 2022 | Lisa Bertino Beaser <br> Clerk of Court |

Form ntcentry/Doc 261
www.nywb.uscourts.gov