

**Lipsitz Green Scime Cambria** LLP

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

Attorneys at Law

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Max Humann
Justin D. Ginter
Erin McCampbell Paris
Lynn M. Bochenek
Jaime Michelle Cain [5]
Richard A. Maltese, Jr.
Dale J. Bauman [2,6]
Karoline R. Faltas-Peppes
Melissa D. Wischerath [7]
Robert M. Corp [9]
Taylor D. Golba
Christina M. Croglio
Amy C. Keller [8]
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
John C. Doyle
Hillary E. Panek
Candace L. Morrison

OF COUNSEL

Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

SPECIAL COUNSEL

Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

ALSO ADMITTED IN
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut

January 24, 2023

*Via ECF*
Chief Judge Carl L. Bucki
United States Bankruptcy Court
Western District of New York 14202
2 Niagara Square
Buffalo, New York 14202

    In Re:  The Diocese of Buffalo, N.Y.
              Chapter 11 - Case No: 20-10322-(CLB)

              The Diocese of Buffalo, N.Y. v. JMH 100 Doe, et al.
              Adv. Pro. No. 20-01016

Dear Judge Bucki:

We write to advise the Court that Claimant HW 4 substitutes Lipsitz Green Scime Cambria LLP as counsel of record in place of Hogan Willig PLLC, and request that all further communication be directed to our attention. We enclose a signed substitution of counsel and waiver of attorney lien.

Thank you.

Respectfully,

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By: Amy C. Keller, Esq.
ACK/sf
Enclosures
c(w/encs.):    Stephen A. Donato, Esq. (via ECF)
                Stretto (via e-mail - TeamBuffaloDiocese@stretto.com)

Writer's Extension: 439
Writer's Email: akeller@lglaw.com

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

HW 4 DOE, Being a Victim of Child Sexual Abuse,

        Plaintiff,

v.

THE DIOCESE OF BUFFALO, NEW YORK, and
ST. ALOYSIUS GONZAGA CHURCH,

        Defendants.

**SUBSTITUTION OF COUNSEL**

Index No: 802869/2020

**IT IS HEREBY CONSENTED THAT:**

**Lipsitz Green Scime Cambria LLP** (Amy C. Keller, Esq.) with offices located at 42 Delaware Avenue, Suite 120, Buffalo, New York 14202, be and is hereby substituted as attorneys of record for Plaintiff HW 4 Doe, in the place and stead of Hogan Willig, PLLC as of the date hereof.

Dated: December 15, 2022
      Buffalo, New York

**HOGAN WILLIG, PLLC**

By: _____
Ryan C. Johnsen, Esq.
2410 North Forest Road, Suite 301
Amherst, New York 14068
(716) 636-7600

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By: _____
Amy C. Keller, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
716-849-1333

By: [redacted]
HW 4 Doe

4509596v1 -071991.0001

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

---

HW 4 DOE, Being a Victim of Child Sexual Abuse,

    Plaintiff,

v.

THE DIOCESE OF BUFFALO, NEW YORK, and
ST. ALOYSIUS GONZAGA CHURCH,

    Defendants.

---

**WAIVER OF ATTORNEY LIEN BY FORMER COUNSEL**

Index No: 802869/2020

**IT IS HEREBY STIPULATED THAT:**

HOGAN WILLIG, PLLC, 2410 North Forest Road, Suite 301, Amherst, New York 14068, hereby agrees to waive any lien under Judiciary Law Section 475 and/or the common law, with respect to the above-captioned action, and any associated Proof of Claim submitted in the Diocese of Buffalo, N.Y. Bankruptcy Case Number: 20-10322, when and if Plaintiff recovers proceeds from the suit.

DATED: December 19, 2022
    Amherst, New York

**HOGAN WILLIG, PLLC**

By: _____
Ryan C. Johnsen, Esq.
2410 North Forest Road, Suite 301
Amherst, New York 14068

DATED: December 30, 2022
    Buffalo, New York

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By: _____
Amy C. Keller, Esq.
42 Delaware Avenue Suite 120
Buffalo, New York 14202

4806799v1-071991.0001