# UNITED STATES DISTRICT COURT

_____WESTERN_____ **District of** _____NEW YORK - BANKRUPTCY COURT_____

In Re:

**The Diocese of Buffalo, N.Y.**
                    Debtor(s)

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER: 1-20-10322-CLB, Chapter 11**

**The Diocese of Buffalo, N.Y**
v.
                    Plaintiff(s)

**CASE NUMBER:** AP-1-20-01016-CLB

JMH 100 Doe, et al.     Defendant(s)

Notice is hereby give that, subject to approval by the court, _____HW 4 DOE_____ substitutes

_____
(Party (s) Name)

**Amy C. Keller, Lipsitz Green Scime Cambria LLP** , State Bar No. _5108592_ as counsel of record in
(Name of New Attorney)

place of   **Ryan C. Johnsen, Esq., Hogan Willig, PLLC** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | **LIPSITZ GREEN SCIME CAMBRIA LLP** |
| Address: | **42 Delaware Avenue, Suite 120, Buffalo, New York 14202** |
| Telephone: | **(716) 849-1333**        Facsimile    **(716) 855-1580** |
| E-Mail (Optional): | **akeller@lglaw.com** |

I consent to the above substitution.

Date: **February 22, 2023**

HW 4 DOE
(Signature of Party (s))

I consent to being substituted.

Date: **February 10, 2023**

Ryan C. Johnsen, Esq,
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: **February 27, 2023**

Amy C. Keller, Esq,
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**