UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 20-10322 (CLB) |
| The Diocese of Buffalo, N.Y., | Chapter: 11 |
| Debtor(s) | |
| The Diocese of Buffalo, N.Y., | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 20-01016 |
| JMH 100 Doe, et al, | |
| Defendants. | |

## CONSENT TO SUBSTITUTE ATTORNEY

The undersigned do hereby consent and agree that Patrick J. Maloney, Esq., of Meyers Buth Law Group, lead attorney of record for Thomas J. Cichon, be changed, and that C. Kenneth Foit, Esq. be substituted in the place and stead of said Patrick J. Maloney, Esq. as attorney of record for said Thomas J. Cichon, a creditor-claimant in the above-captioned matter.

Address, telephone number, and e-mail address of successor attorney:

1540 Ellicott Creek Road, Suite 4
Tonawanda, New York 14150
ckennethfoit@gmail.com

Your signature, individually or on behalf of your law firm, acknowledges your intent to substitute attorney and to authorize the Court to take any steps necessary to effectuate this change:

Dated: 7/13/2023

Signature of Patrick J. Maloney. Esq., withdrawing attorney, of Meyers Buth Law Group

Dated: 6/24/2023

Signature of C. Kenneth Foit, Esq., successor attorney

Dated: 6/29/23

Signature of Thomas J. Cichon, Party Authorizing Substitution

STATE OF NEW YORK:
COUNTY OF ERIE:

On the 29th day of June in the year 2023 before me, the undersigned, a notary public in and for said state, personally appeared THOMAS J. CICHON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument.

_C. Kenneth Foit_
Notary Public

C KENNETH FOIT
Notary Public, State of New York
Registration No. 02FO4739362
Qualified in Erie County
My Commission Expires 1/31/2026