UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Diocese of Buffalo, N.Y.,<br><br>Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |
| The Diocese of Buffalo, N.Y.,<br><br>Plaintiff,<br><br>v.<br><br>JMH 100 Doe, *et al.*[1]<br><br>Defendants. | Adversary No. 20-01016 |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT
TO 11 U.S.C. §§ 105(a) AND 362(a) ENJOINING THE
PROSECUTION OF CERTAIN STATE COURT LAWSUITS**

**PLEASE TAKE NOTICE**, that on October 23, 2023, The Diocese of Buffalo, N.Y. (the "Diocese") filed the *Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Enjoining the Prosecution of Certain State Court Lawsuits* (the "Motion") with the United States Bankruptcy Court for the Western District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Western District of New York and be served in accordance with Local Rule 9013-1 upon the following parties: (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato and Charles J. Sullivan, (ii) the Office of the United States Trustee for the Western District of New York, 300 Pearl Street, Suite 401, Buffalo, NY 14202. Attn: Joseph W. Allen, (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California, 90067-4003, Attn. James I. Stang, and 780 Third Avenue, 34th Floor, New York, New York, 10017-2024, Attn. Ilan Scharf, and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

---

[1] A full list of the Defendants in this in this adversary proceeding is attached as Exhibit A to the Diocese's complaint, which has been redacted protect the privacy interests of survivors.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the Motion and any objections related thereto will be held on **November 28, 2023 at 10:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may appear and be heard, before the Honorable Carl L. Bucki, Chief United States Bankruptcy Judge for the Western District of New York, or such other judge as may be sitting in his stead in the Robert H. Jackson U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202.

Dated October 23, 2023
    Syracuse, New York

                              BOND, SCHOENECK & KING, PLLC

                              By:    */s/ Stephen A. Donato*
                              Stephen A. Donato
                              Charles J. Sullivan
                              Grayson T. Walter
                              Jeffrey D. Eaton
                              One Lincoln Center
                              Syracuse, NY 13202-1355

| | |
|---|---|
| Telephone: | (315) 218-8000 |
| Fax: | (315) 218-8100 |
| Emails: | sdonato@bsk.com |
| | csullivan@bsk.com |
| | gwalter@bsk.com |
| | jeaton@bsk.com |

*Attorneys for The Diocese of Buffalo, N.Y.*

2