UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

The Diocese of Buffalo, N.Y.,

        Debtor.

Case No. 20-10322 (CLB)

Chapter 11

---

The Diocese of Buffalo, N.Y.,

Plaintiff,

v.

JMH 100 Doe, *et al.*[1]

Defendants.

Adversary No. 20-01016

## CERTIFICATE OF SERVICE

I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On October 31, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Second Amended Notice of Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Enjoining the Prosecution of Certain State Court Lawsuits** (Docket No. 296)

Dated: November 1, 2023

*/s/ Christopher Chiu*
Christopher Chiu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 292-7696

# Exhibit A



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AB 1 DOE | C/O LAW OFFICES OF STEPHEN BOYD & JOHN ELMORE | ATTN: STEPHEN BOYD | 2969 MAIN ST | | BUFFALO | NY | 14214-1003 |
| ARCHBISHOP WALSH FOUNDATION AND ARCHBISHOP WALSH HIGH SCHOOL | C/O MORGAN & ASSOCIATES, PLLC | ATTN: MICHAEL A. MORGAN | 201 NORTH UNION STREET, SUITE 410 | | OLEAN | NY | 14760 |
| BANK OF AMERICA | ATTN: MICHAEL LARRY | 10 FOUNTAIN PLAZA | 9TH FLOOR | | BUFFALO | NY | 14202 |
| CATHOLIC CHARITIES OF BUFFALO, N.Y. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| CATHOLIC MUTUAL GROUP | C/O GROSS SHUMAN PC | ATTN: ROBERT J. FELDMAN & KEVIN R. LELONEK | 465 MAIN STREET | SUITE 600 | BUFFALO | NY | 14203 |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | ATTN: JIN YAN, DAVID M. SPECTOR, JOSEPH MARK FISHER, EVERETT CYGAL & DANIEL SCHUFREIDER | 233 S. WACKER DRIVE | SUITE 7100 | CHICAGO | IL | 60606 |
| CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA | C/O SCHIFF HARDIN LLP | ATTN: STEVE WILAMOWSKY | 1185 AVENUE OF THE AMERICAS | SUITE 3000 | NEW YORK | NY | 10036 |
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA, AS SUCCESSOR TO INDEMNITY INSURANCE COMPANY OF NORTH AMERICA; FEDERAL INSURANCE COMPANY; AND ACE PROPERTY & CASUALTY INSURANCE COMPANY, AS SUCCESSOR TO AETNA INSURANCE | C/O CLYDE & CO US LLP | ATTN: MARIANNE MAY | 340 MOUNT KEMBLE AVE | # 300 | MORRISTOWN | NJ | 07960-6656 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, PA | ATTN: STACEY BENSON & JEFFREY R. ANDERSON | 366 JACKSON STREET, SUITE 100 | | ST. PAUL | MN | 55101 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O THOMAS COUNSELOR AT LAW, LLC | ATTN: KATHLEEN R. THOMAS | 1 WORLD TRADE CTR | FL 85 | NEW YORK | NY | 10007-0103 |
| CITIZENS BANK | ONE CITIZENS PLAZA | | | | PROVIDENCE | RI | 02903 |
| CONTINENTAL INSURANCE COMPANY AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH | C/O BARCLAY DAMON, LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| CVA CLAIMANTS | ATTN: JOHN J. FLAHERTY | 5500 MAIN STREET, SUITE 100 | | | WILLIAMSVILLE | NY | 14221 |
| CVA CLAIMANTS | C/O ANDREWS, BERNSTEIN, MARANTO, NICOTRA, PLLC | ATTN: ROBERT J. MARANTO, JR. | 420 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O BETTI & ASSOCIATES | ATTN: MICHELE M. BETTI | 30 WALL STREET, 8TH FLOOR | | NEW YORK | NY | 10005 |
| CVA CLAIMANTS | C/O BOUVIER LAW LLP | ATTN: MICHAEL P. CAFFERY AND MARILYN MCCORMICK | MAIN PLACE TOWER | 350 MAIN STREET, SUITE 1800 | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O CAMPBELL & ASSOCIATES | ATTN: JASON M. TELAAK | 69 DELAWARE AVENUE, SUITE 1010 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O FANIZZI & BARR, P.C. | ATTN: PAUL K. BARR | 7311 NIAGARA FALLS BLVD | # A | NIAGARA FALLS | NY | 14304-1717 |
| CVA CLAIMANTS | C/O FINUCANE AND HARTZELL, LLP | ATTN: THOMS C. HARTZELL, JR. | 6 NORTH MAIN STREET | | PITTSFORD | NY | 14534 |
| CVA CLAIMANTS | C/O FRANCIS LETRO LAW | ATTN: FRANCIS M. LETRO | 237 MAIN ST | STE 302 | BUFFALO | NY | 14203-2725 |
| CVA CLAIMANTS | C/O FREDERICK LAW OFFICE | ATTN: SARAH A. FREDERICK | 4467 S. BUFFALO STREET | | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O HERMAN LAW | ATTN: JEFFREY M. HERMAN | 434 WEST 33RD STREET, PENTHOUSE | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O HERMAN LAW FIRM, P.A. | ATTN: STUART MERMELSTEIN | 1800 N MILITARY TRL | STE 160 | BOCA RATON | FL | 33431-6386 |
| CVA CLAIMANTS | C/O HOGANWILLIG, PLLC | ATTN: ARIEL BAUERLE AND WILLIAM A. LORENZ, JR. | 2410 NORTH FOREST ROAD, SUITE 301 | | AMHERST | NY | 14068 |
| CVA CLAIMANTS | C/O HOROWITZ LAW | ATTN: ELANA B. GOODMAN & ADAM D. HOROWITZ | 110 EAST BROWARD BOULEVARD | SUITE 1530 | FORT LAUDERDALE | FL | 33301 |
| CVA CLAIMANTS | C/O JAMES, VERNON & WEEKS, P.A. | ATTN: CRAIG K. VERNON | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83815 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 19 WEST 44TH STREET | SUITE 1500 | NEW YORK | NY | 10036 |
| CVA CLAIMANTS | C/O JANET, JANET & SUGGS, LLC | ATTN: ANDREW S. JANET | 4 RESERVOIR CIRCLE | SUITE 200 | BALTIMORE | MD | 21208 |
| CVA CLAIMANTS | C/O JASON C. LUNA, PLLC | ATTN: JASON C. LUNA | 4535 SOUTHWESTERN BOULEVARD | SUITE 804B | HAMBURG | NY | 14075 |
| CVA CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON & J. MICHAEL RECK | 363 7TH AVE | FL 12 | NEW YORK | NY | 10001-3904 |
| CVA CLAIMANTS | C/O LAURA A. AHEARN, ESQ., PLLC | ATTN: LAURA A. AHEARN | 3075 VETERANS MEMORIAL HIGHWAY | SUITE 200 | RONKONKOMA | NY | 11779 |
| CVA CLAIMANTS | C/O LAW OFFICE OF FRANK M. BOGULSKI | ATTN: FRANK M. BOGULSKI | 135 DELAWARE AVE | STE 2 | BUFFALO | NY | 14202-2415 |
| CVA CLAIMANTS | C/O LAW OFFICE OF KEVIN T. STOCKER, ESQ, P.C. | ATTN: KEVIN T. STOCKER | 2645 SHERIDAN DRIVE | | TONAWANDA | NY | 14150 |
| CVA CLAIMANTS | C/O LAW OFFICES OF ERIC B. GROSSMAN | ATTN: ERIC B. GROSSMAN | 5610 E PASEO DE TAMPICO | | TUCSON | AZ | 85750-1036 |
| CVA CLAIMANTS | C/O LAW OFFICES OF J. MICHAEL HAYES | ATTN: J. MICHAEL HAYES | 69 DELAWARE AVENUE, SUITE 1111 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | ATTN: MICHAEL G. DOWD | 1981 MARCUS AVE | STE 200 | NEW HYDE PARK | NY | 11042-1055 |
| CVA CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN | 100 STATE STREET, 6TH FLOOR | | BOSTON | MA | 02109 |
| CVA CLAIMANTS | C/O LAW OFFICES OF STEVEN BOYD AND JOHN ELMORE | ATTN: STEPHEN BOYD AND LEAH A. COSTANZO | 2969 MAIN ST | # 100 | BUFFALO | NY | 14214-1003 |
| CVA CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: RICHARD P. WEISBECK, JR. AND WILLIAM P. | 42 DELAWARE AVENUE, SUITE 120 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LIPSITZ, GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER & BARRY N. COVERT | 42 DELAWARE AVENUE | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O LYNN LAW FIRM, LLP | ATTN: MARTIN A. LYNN | 333 W WASHINGTON ST | STE 100 | SYRACUSE | NY | 13202-9200 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 31 HUDSON YARDS | | NEW YORK | NY | 10001-2170 |
| CVA CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH | 31 HUDSON YARDS, 11TH FLOOR | | NEW YORK | NY | 10001 |
| CVA CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON | 950 THIRD AVENUE | 18TH FLOOR | NEW YORK | NY | 10022-2897 |
| CVA CLAIMANTS | C/O MEYERS BUTH LAW GROUP PLLC | ATTN: PATRICK J. MALONEY | 21 PRINCETON PLACE | SUITE 105 | ORCHARD PARK | NY | 14127 |
| CVA CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 1600 UTICA AVENUE SOUTH, 9TH FLOOR | | ST. LOUIS PARK | MN | 55416 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 59 MAIDEN LANE, 6TH FLOOR | | NEW YORK | NY | 10038 |
| CVA CLAIMANTS | C/O PARKER WAICHMAN LLP | ATTN: BRETT A. ZEKOWSKI | 6 HARBOR PARK DRIVE | | PORT | NY | 11050 |
| CVA CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: MICHAEL T. PFAU | 701 5TH AVE | STE 4300 | SEATTLE | WA | 98104-7047 |
| CVA CLAIMANTS | C/O PHILLIPS & PAOLICELLI, LLP | ATTN: DIANE M. PAOLICELLI | 747 3RD AVENUE, 6TH FLOOR | | NEW YORK | NY | 10017 |
| CVA CLAIMANTS | C/O SCHRODER, JOSEPH & ASSOCIATES, LLP | ATTN: LINDA H. JOSEPH | 394 FRANKLIN ST | STE 2 | BUFFALO | NY | 14202-1509 |
| CVA CLAIMANTS | C/O SEEGER WEISS LLP | ATTN: STEPHEN C. WEISS | 100 CHURCH ST | #835 | NEW YORK | NY | 10007-2601 |
| CVA CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR. | 112 MADISON AVENUE, 7TH FLOOR | | NEW YORK | NY | 10016 |
| CVA CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 488 MADISON AVENUE, 20TH FLOOR | | | NEW YORK | NY | 10022 |
| CVA CLAIMANTS | C/O STEVEN FOX, P.C. | ATTN: STEVEN S. FOX | 122 DEERHURST PARK BOULEVARD | | BUFFALO | NY | 14217 |
| CVA CLAIMANTS | C/O THE ABBATOY LAW FIRM, PLLC | ATTN: DAVID M. ABBATOY | 16 W MAIN ST | STE 243 | ROCHESTER | NY | 14614-1601 |
| CVA CLAIMANTS | C/O THE DIETRICH LAW FIRM | ATTN: NICHOLAS J. SHEMIK AND JOSEPH E. DIETRICH III | 101 JOHN JAMES AUDUBON PKWY | | BUFFALO | NY | 14228-1111 |
| CVA CLAIMANTS | C/O THE HIGGINS KANE LAW GROUP, P.C. | ATTN: TERRENCE P. HIGGINS | 69 DELAWARE AVENUE, SUITE 100 | | BUFFALO | NY | 14202 |
| CVA CLAIMANTS | C/O VANDETTE PENBERTHY LLP | ATTN: JAMES M. VANDETTE | 227 NIAGARA STREET | | BUFFALO | NY | 14201 |
| CVA CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: NICHOLAS GONSALVES | 700 BROADWAY | | NEW YORK | NY | 10003 |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU (FORMERLY KNOWN AS EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY FORMERLY KNOWN AS EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN) AND WAUSAU UNDERWRITERS INSURANCE COMPANY | C/O GOLDBERG SEGALLA LLP | ATTN: JEFFREY L. KINGSLEY & JONATHAN SCHAPP | 665 MAIN STREET | | BUFFALO | NY | 14203 |
| ERIE COUNTY REAL PROPERTY TAX SERVICES | 95 FRANKLIN STREET | ROOM 100 | | | BUFFALO | NY | 14202 |
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O CHOATE, HALL & STEWART LLP | ATTN: DOUGLAS R. GOODING & JONATHAN D. MARSHALL | TWO INTERNATIONAL PLACE | | BOSTON | MA | 02110 |
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: DOMINIC J. PICCA | THE CHRYSLER CENTER | 666 THIRD AVENUE, 25TH FLOOR | NEW YORK | NY | 10017 |
| EXCELSIOR INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND PEERLESS INSURANCE COMPANY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC | ATTN: NANCY D. ADAMS, LAURA BANGE STEPHENS & GRADY R. CAMPION | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 |
| FIVE STAR BANK | ATTN: FRAN HORNUNG | 40 FOUNTAIN PLAZA #50 | | | BUFFALO | NY | 14202 |
| FRANCISCAN FRIARS - OUR LADY OF ANGELS PROVINCE, INC. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |



| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| HSBC BANK | ATTN: JOSEPH BURDEN | 95 WASHINGTON ST | | | BUFFALO | NY | 14203 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| JUDITH WILCOX HALSEY AND DIANA L. O'HARA | C/O PRYOR CASHMAN LLP | ATTN: CONRAD K. CHIU | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 |
| KEYBANK | ATTN: ALEXANDRA WEHR | 250 DELAWARE AVE | | | BUFFALO | NY | 14202 |
| LAKE SHORE SAVINGS | 31 EAST FOURTH STREET | | | | DUNKIRK | NY | 14048 |
| M&T BANK | ATTN: ESKINDER TEFERA, SPECIAL ASSETS | ONE FOUNTAIN PLAZA, 9TH FLOOR | | | BUFFALO | NY | 14003 |
| M&T BANK | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET, SUITE 100 | | BUFFALO | NY | 14202 |
| M&T BANK | ONE M&T PLAZA | | | | BUFFALO | NY | 14203 |
| MADONNA BISHOP, ET AL. | C/O CHIACCHIA & FLEMING, LLP | ATTN: DANIEL J. CHIACCHIA | 5113 SOUTH PARK AVENUE | | HAMBURG | NY | 14075 |
| MANUFACTURERS AND TRADERS TRUST CO | C/O HODGSON RUSS LLP | ATTN: GARRY M. GRABER | 140 PEARL STREET, SUITE 100 | | BUFFALO | NY | 14202 |
| MANUFACTURERS AND TRADERS TRUST COMPANY | 1 M&T PLAZA | | | | BUFFALO | NY | 14203 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| NEW YORK STATE DEPARTMENT OF LABOR | STATE OFFICE CAMPUS | BUILDING #12 | ROOM 256 | | ALBANY | NY | 12240 |
| NEW YORK STATE DEPARTMENT OF LABOR – BUS. SERVICES | ATTN: DEBORAH ARBUTINA | 290 MAIN STREET | | | BUFFALO | NY | 14202 |
| NEW YORK STATE OFFICE OF PARKS, RECREATION AND HISTORIC PRESERVATION | C/O OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | ATTN: LOUIS J. TESTA AND MARTIN A. MOONEY | THE CAPITOL | ALBANY | NY | 12224-0341 |
| NGM INSURANCE COMPANY | C/O GERBER CIANO KELLY BRADY LLP | ATTN: DANIEL W. GERBER & JOHN R. EWELL | 599 DELAWARE AVENUE, SUITE 100 | | BUFFALO | NY | 14202 |
| NORTHWEST BANK | 100 LIBERTY STREET | | | | WARREN | PA | 16365 |
| NYS DEPARTMENT OF ENVIRONMENTAL CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | | ALBANY | NY | 12233-0001 |
| NYS DEPARTMENT OF TAXATION & FINANCE | BANKRUPTCY UNIT | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| NYS OFFICE OF THE ATTORNEY GENERAL | MAIN PLACE TOWER, SUITE 300A | 350 MAIN STREET | | | BUFFALO | NY | 14202 |
| NYS WORKERS' COMPENSATION BOARD | ATTN: SEAN BREEN, PRINCIPAL WORKERS' COMP. EXAMINER | OFFICE OF SELF-INSURANCE | 328 STATE STREET | | SCHENECTADY | NY | 12305 |
| OBLATES OF ST. FRANCIS DESALES | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE NYS ATTORNEY GENERAL | LITIGATION BUREAU, BANKRUPTCY UNIT | THE CAPITOL | | | ALBANY | NY | 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH W. ALLEN & JILL ZUBLER | OLYMPIC TOWERS | 300 PEARL STREET, SUITE 401 | | BUFFALO | NY | 14202 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O GLEICHENHAUS, MARCHESE & WEISHAAR, PC | ATTN: SCOTT J. BOGUCKI | 43 COURT STREET | SUITE 930 | BUFFALO | NY | 14202-3100 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG | 10100 SANTA MONICA BLVD, 13TH FLOOR | | LOS ANGELES | CA | 90067-4003 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI, STANG, ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, STEVEN W. GOLDEN AND BRITTANY M. MICHAEL | 780 THIRD AVENUE | 34TH FLOOR | NEW YORK | NY | 10017 |
| OUR LADY OF VICTORY INSTITUTIONS, INC. | C/O MACKENZIE HUGHES LLP | ATTN: NEIL J. SMITH | 440 S. WARREN STREET, SUITE 400 | | SYRACUSE | NY | 13202 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON, CHTD. | ATTN: BRUCE A. ANDERSON | 320 EAST NEIDER AVENUE, SUITE 102 | | COEUR D'ALENE | ID | 83815 |
| PARISH STEERING COMMITTEE | C/O ELSAESSER ANDERSON, CHTD. | ATTN: J. FORD ELSAESSER | PO BOX 369 | | PRIEST RIVER | ID | 83856 |
| PARISH STEERING COMMITTEE | C/O WOODS OVIATT GILMAN LLP | ATTN: TIMOTHY P. LYSTER | 1900 BAUSCH AND LOMB PL | | ROCHESTER | NY | 14604 |
| PEOPLE OF THE STATE OF NEW YORK | ATTN: LOUIS J. TESTA, ASSISTANT ATTORNEY GENERAL | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | CIVIL RECOVERIES BUREAU, BANKRUPTCY LITIGATION UNIT | THE CAPITOL | ALBANY | NY | 12224-0341 |
| PSAS 01 DOE, PSAS 02 DOE & PSAS 03 DOE | C/O PUSATIER, SHERMAN, ABBOTT & SUGARMAN, LLP | ATTN: STEPHEN F. PUSATIER | 2464 ELMWOOD AVENUE | | KENMORE | NY | 14217 |
| RICHARD LAPORTA & HUNTER COGI WOLFE F/K/A KENNETH CHARLES HELINSKI | C/O LOTEMPIO P.C. LAW GROUP | ATTN: HEATHER M. BAUMEISTER | 181 FRANKLIN STREET | | BUFFALO | NY | 14202 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O COUGHLIN MIDLIGE & GARLAND LLP | ATTN: WILLIAM T. CORBETT, JR. & LAURA A. BRADY | 350 MOUNT KEMBLE AVENUE | PO BOX 1917 | MORRISTOWN | NJ | 07962 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O GIBBONS P.C. | ATTN: BRETT S. THEISEN | ONE PENNSYLVANIA PLAZA, 37TH FL | | NEW YORK | NY | 10119-3701 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O GIBBONS P.C. | ATTN: ROBERT K. MALONE AND BRETT S. THEISEN | ONE GATEWAY CENTER | | NEWARK | NJ | 07102 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O KENNEY SHELTON LIPTAK NOWAK LLP | ATTN: DIRK C. HAARHOFF | 110 WALL STREET | SUITE 04-061 | NEW YORK | NY | 10005 |
| SELECTIVE INSURANCE COMPANY OF NEW YORK | C/O KENNEY SHELTON LIPTAK NOWAK LLP | ATTN: JUDITH TREGER SHELTON & DIRK C. HAARHOFF | THE CALUMET BUILDING | 233 FRANKLIN STREET | BUFFALO | NY | 14202 |
| ST. FRANCIS HIGH SCHOOL OF ATHOL SPRINGS, N.Y. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| SWEET HOME FCU | 1960 SWEET HOME ROAD | | | | AMHERST | NY | 14228 |
| THE CONTINENTAL INSURANCE COMPANY, SUCCESSOR BY MERGER TO (1) COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY AND (2) FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY | C/O BARCLAY DAMON LLP | ATTN: JEFFREY A. DOVE | BARCLAY DAMON TOWER | 125 EAST JEFFERSON STREET | SYRACUSE | NY | 13202 |
| THE DIOCESE OF BUFFALO, N.Y. | 795 MAIN STREET | | | | BUFFALO | NY | 14203 |
| THE EUDISTS - CONGREGATION OF JESUS AND MARY, INC. | C/O LIPPES MATHIAS WEXLER FRIEDMAN LLP | ATTN: RAYMOND L. FINK & JOHN A. MUELLER | 50 FOUNTAIN PLAZA | SUITE 1700 | BUFFALO | NY | 14202-2216 |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP | C/O HURWITZ & FINE, PC | ATTN: JENNIFER A. EHMAN | 1300 LIBERTY BUILDING | | BUFFALO | NY | 14202 |
| TIG INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, AND US FIRE INSURANCE COMPANY | C/O KENNEDYS CMK LLP | ATTN: MARGARET CATALANO & JILLIAN DENNEHY | 120 MOUNTAIN VIEW BOULEVARD | | BASKING RIDGE | NJ | 07920 |
| U.S. ATTORNEY'S OFFICE | WESTERN DISTRICT OF NEW YORK | 138 DELAWARE AVENUE | | | BUFFALO | NY | 14202 |
| USA NORTHEAST PROVINCE OF THE SOCIETY OF JESUS | C/O HARRIS BEACH PLLC | ATTN: LEE E. WOODARD | 333 WEST WASHINGTON STREET | SUITE 200 | SYRACUSE | NY | 13202 |
| UTICA MUTUAL INSURANCE COMPANY, HANOVER INSURANCE COMPANY, AND SENTRY INSURANCE COMPANY AS SUCCESSOR TO MIDDLESEX MUTUAL INSURANCE COMPANY | C/O RIVKIN RADLER LLP | ATTN: M. PAUL GORFINKEL & STUART I. GORDON | 926 RXR PLAZA | | UNIONDALE | NY | 11556-0926 |