UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-10322 (CLB) |
| THE DIOCESE OF BUFFALO, N.Y., | Chapter 11 |
| Debtor. | |
| THE DIOCESE OF BUFFALO, N.Y., | Adversary No. 20-01016 |
| Plaintiff, | |
| v. | |
| JMH 100 DOE, et al[1], | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Eileen A. Solimano, an employee at Woods Oviatt Gilman LLP, hereby certifies that on November 21, 2023, I caused the Response by the Parish Steering Committee in Support of the Diocese's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Enjoining the Prosecution of Certain State Court Lawsuits to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system and on November 21, 2023, I mailed a true and correct copy of the Response by the Parish Steering Committee in Support of the Diocese's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 362(a) Enjoining the Prosecution of Certain State Court Lawsuits by U.S. Postal Service First Class Mail to the parties shown on Schedule A.

Dated: November 21, 2023

/s/ Eileen A. Solimano
Eileen A. Solimano

---

[1] A full list of the Defendants in this adversary proceeding is attached as Exhibit A to the Diocese's complaint, which has been redacted to protect the privacy interests of survivors.

SCHEDULE A

<table>
<tr><td>

John J. Flaherty, Esq.
5500 Main Street, Suite 100
Williamsville, NY 14221

Amy Keller, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Rick Weisbeck, Jr., Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Daniel J. Chiacchia, Esq.
Chiacchia & Fleming, LLP
5113 South Park Avenue
Hamburg, NY 14075

Mitchell Garabedian, Esq.
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109

Jeffrey Robert Anderson, Esq.
Jeff Anderson & Associates
366 Jackson Street, Suite 100
St. Paul, MN 55101

James R. Marsh, Esq.
Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001

Steven M. Cohen, Esq.
HoganWillig
2410 North Forest Road, Suite 301
Amherst, NY 14068

</td><td>

J. Michael Hayes, Esq.
Law Offices of J. Michael Hayes
69 Delaware Avenue, Suite 1111
Buffalo, NY 14292

Jeffrey F. Reina, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY 14202

Antigone Curis, Esq.
Merson Law PLLC
150 E 58th Street
New York, NY 10155

Meghan Hayes, Esq.
Webster Szanyi, LLP
424 Main Street, Suite 1400
Buffalo, NY 14202

Angela Z. Miller, Esq.
Philips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

C. Kenneth Foit, Esq.
1540 Ellicott Creek Road, Suite 4
Tonawanda, NY 14150

Garry M. Graber, Esq.
Hodgson, Russ
The Guaranty Bldg., Suite 100
140 Pearl Street
Buffalo, NY 14202-4040

Linda H. Joseph, Esq.
Schroder Joseph & Associates LLP
394 Franklin Street, 2nd Floor
Buffalo, NY 14202

</td></tr>
</table>

| | |
|---|---|
| Kevin T. Stocker, Esq.<br>2645 Sheridan Drive<br>Tonawanda, NY 14150 | Heather M. Baumeister, Esq.<br>LoTempio P.C. Law Group<br>181 Franklin Street<br>Buffalo, NY 14202 |
| Trevor Prince, Jr., Esq.<br>Archer and Greiner<br>21 Main Street<br>Hackensack, NJ 07601 | Stephen A. Donato, Esq.<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202 |
| Charles J. Sullivan, Esq.<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center, 18th Floor<br>Syracuse, NY 13202 | Scott Bogucki, Esq.<br>Gleichenhaus, Marchese & Weishaar, P.C.<br>43 Court Street, Suite 930<br>Buffalo, NY 14202 |
| Office of the U.S. Trustee<br>Western District of New York<br>Joseph W. Allen, Esq.<br>300 Pearl Street, Suite 401<br>Buffalo, NY 14202 | James I. Stang, Esq.<br>Pachulski, Stang, Ziehl & Jones, LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003 |
| Ilan D. Scharf, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, Ste 34th Floor<br>New York, NY 10017 | |