# EXHIBIT G

STATE OF NEW YORK
SUPREME COURT: COUNTY OF ERIE

BILLY EVANS AND HEATHER EVANS
INDIVIDUALLY AND AS natural
guardians of O.E., AN INFANT

       Plaintiffs,

v.

SOUTHTOWNS CATHOLIC SCHOOL,
J.L., AN INFANT, BY MICHAEL
LIVECCHI AND CLARA LIVECCHI, HIS
PARENTS AND NATURAL
GUARDIANS,

       Defendants.

**ORDER**

Index No. 801322/2019

       Defendants, J.L., an infant, by Michael Livecchi and Clara Livecchi, his parents and natural guardians ("Livecchi defendants"), having moved this Court seeking an order dismissing plaintiff's Complaint for failure to prosecute pursuant to CPLR §3216 (NYSCEF Doc. No. 21 (Motion #001)), and defendant, Southtowns Catholic School ("Southtowns Catholic"), having moved this Court for an automatic stay arising from the ongoing Chapter 11 bankruptcy proceedings of the Diocese of Buffalo, N.Y. (NYSCEF Doc. No. 30 (Motion #002)),

       NOW, upon reading the Livecchi defendants' notice of motion and supporting affirmation of Kayla Leonard, Esq., dated December 19, 2022 with attached exhibits, the affirmation of Leah Costanzo, Esq., with attached exhibits, dated February 7, 2023, submitted on behalf of plaintiff in opposition to the Livecchi defendants' motion, the affirmation of Kayla Leonard, Esq., with attached exhibits, dated February 13, 2023, submitted on behalf of the Livecchi defendants in further support of their motion, the notice of motion of defendant Southtowns Catholic dated January 24, 2023 with supporting affirmation of Dennis K. Schaeffer, Esq. dated January 24, 2023

with attached exhibits, the affirmation of Leah Costanzo, Esq., dated February 7, 2023 submitted on behalf of plaintiff in opposition to defendant Southtowns Catholic's motion for stay, the affirmation of Dennis K. Schaeffer, Esq., dated February 13, 2023 in reply and further support of Southtowns Catholic's motion for stay, the supplemental attorney affirmation of Dennis K. Schaeffer, Esq., dated March 14, 2023 and the affidavit of John M. Scholl sworn to March 13, 2023 with attached exhibit in further support of Southtowns Catholic's motion for stay, the letter submission of Leah Costanzo, Esq., dated March 14, 2023 in further opposition to defendant Southtowns Catholic's motion for stay, and the Court having heard oral argument from counsel for the parties regarding the above-stated motions (Motion # 001 and Motion # 002), and the Court having had due deliberation thereon, it is hereby

ORDERED that the Livecchi defendants' motion to dismiss is denied in its entirety, and it is further

ORDERED that defendant Southtown Catholic's motion for a stay of this action is denied in its entirety.

ENTERED:

_____
Honorable Kelly Vacco, J.S.C.

GRANTED:
October 19, 2023

2

Case 1-20-01016-CLB, Doc 303-7, Filed 11/21/23, Entered 11/21/23 16:07:11, Description: Exhibit G - Order, Page 3 of 3
2 of 2