UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF BUFFALO, N.Y.,<br><br>                  Debtor. | Case No. 20-10322 (CLB)<br><br>Chapter 11 |
| The Diocese of Buffalo, N.Y.,<br><br>                  Plaintiff,<br><br>   v.<br><br>JMH 100 Doe, *et al.*[1]<br><br>                  Defendants. | Adversary No. 20-01016 |

**CERTIFICATE OF SERVICE**

        Janice G. Washington, an employee at Pachulski Stang Ziehl & Jones LLP, hereby certifies that on November 21, 2023, I caused the *Opposition Of The Official Committee Of Unsecured Creditors To Debtor's Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(A) And 362(A) Enjoining The Prosecution Of Certain State Court Lawsuits* to be electronically filed with the Clerk of the Bankruptcy Court using the *CM/ECF* system [Dkt. No. 305), and on November 21, 2023, I caused to be electronically mailed a true and correct copy of the Opposition to the following individuals:

---

[1] A full list of the Defendants in this adversary proceeding is attached as Exhibit A to the Diocese's complaint, which has been redacted to protect the privacy interests of survivors.

LA:4876-4844-6866.1 18502.002                       1

Brian Jacob Butler
**Bond, Schoeneck & King, PLLC**
**One Lincoln Center**
**Syracuse, NY 13202**
315-218-8000
Fax : 315-218-8100
Email: **bbutler@bsk.com**

Jeffrey D. Eaton
**Bond Schoeneck & King**
**One Lincoln Center**
**Syracuse, NY 13202-1355**
315-218-8165
Fax : 315-218-8985
Email: **jeaton@bsk.com**

Grayson T. Walter
**Bond, Schoeneck & King, PLLC**
**One Lincoln Center**
**Syracuse, NY 13202**
315-218-8283
Fax : 315-218-8100
Email: **gwalter@bsk.com**

J. Michael Hayes
**Law Office of J. Michael Hayes**
**69 Delaware Avenue, Suite 1111**
**Buffalo, NY 14292**
716-852-1111
Fax : 716-851-0711
Email: **jmh@jmichaelhayes.com**

Jeffrey F. Reina
**Lipsitz, Green, Fahringer, et al**
**42 Delaware Ave., Suite 120**
**Buffalo, NY 14202**
(716) 849-1333, x481
Fax : (716) 849-1315
Email: **jreina@lglaw.com**

James R. Murray
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com
**Special Insurance Counsel for The Diocese of Buffalo, N.Y.**

Stephen A. Donato
**Bond, Schoeneck & King, PLLC**
**One Lincoln Center**
**Syracuse, NY 13202-1355**
(315) 218-8336
Email: **sdonato@bsk.com**
*LEAD ATTORNEY*

Charles J. Sullivan
**Bond, Schoeneck & King, PLLC**
**1 Lincoln Center**
**18th Floor**
**Syracuse, NY 13202**
(315) 218-8144
Fax : (315) 218-8100
Email: **csullivan@bsk.com**

John J. Flaherty
**5500 Main Street, Suite 100**
**Williamsville, NY 14221**
716-204-0301
Fax : 716-204-0425
Email: **flarelaw@gmail.com**

Amy Keller
**Lipsitz Green Scime Cambria LLP**
**42 Delaware Ave.**
**Suite 120**
**Buffalo, NY 14202**
716-849-1333
Email: **akeller@lglaw.com**

**Rick Weisbeck, Jr**
Lipsitz, Green, Scime Cambria
42 Delaware Avenue
Suite 120
Buffalo, NY 14202
716-849-1333
Email: rweisbeck@lglaw.com

Dated: November 22, 2023

/sl *Janice G. Washington*
Janice G. Washington

4876-4844-6866, v. 1